JOSEPH H. REIF, as Trustee for the Benefit of Creditors of SHONGOOD, HART COMPANY, INC., in Bankruptcy, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

---

Order so far as appealed from affirmed, with twenty dollars costs and disbursements, on the authority of *Ward* v. *City Trust Co.* (192 N. Y. 61), with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Martin, J., dissents and votes to reverse and grant the motion; McAvoy, J., taking no part.

MARTIN, J. (dissenting). The defenses are sufficient. The only grounds urged for striking out same are those stated in rule 103, Rules of Civil Practice. They are neither redundant nor sham. Each defense succinctly states additional allegations necessary for the introduction of proof of the facts upon which the defendant bases each defense to the action. To prove the facts showing the ownership or control of the corporation, it is necessary to plead said defenses. The motion to strike out should, therefore, have been denied. I, therefore, dissent and vote to reverse the order granting the motion.